AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Qmauri Quhnya Dunbar,<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 19-6563-HUNT<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  October 14, 2019, to October 22, 2019  in the county of  Broward  in the
Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(u) | Unlawfully take and carry away a firearm from a federally licensed dealer |
| 18 U.S.C. § 1029(a)(2) | Access device fraud |
| 18 U.S.C. § 1028A(a)(1) | Aggravated identity theft |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Christie Schade, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/25/19

*Judge's signature*

City and state:  Fort Lauderdale, Florida    Patrick M. Hunt, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Christie Schade, being duly sworn, depose, and state the following:

1. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been so employed since November 2016. In this capacity, my responsibilities include, but are not limited to, investigating violations of the Gun Control Act and offenses committed in violation of Title 18 and Title 21 of the United States Code. I am currently assigned to the Broward County High Intensity Drug Trafficking Area ("HIDTA") Task Force, which consists of various federal, state, and local law enforcement agencies tasked with investigating drug trafficking organizations in the area. Prior to serving as an ATF special agent, I was a police officer with the Fort Lauderdale Police Department for seven (7) years.

2. I make this affidavit in support of a criminal complaint charging **QMAURI QUHNYA DUNBAR** with unlawfully taking and carrying away a firearm from a federally licensed dealer, in violation of Title 18, United States Code, Section 922(u), and access device fraud, in violation of Title 18, United States Code, Section 1029(a)(2); and aggravated identity theft, in violation of Title 18, United States Code, Section 1028A(a)(1).

3. I submit this affidavit based on my personal knowledge, as well as information provided to me by other individuals, including other law enforcement officials, and my review of records and other evidence obtained during the course of this investigation. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the requested warrant, it does not include every fact known to me about this matter.

## PROBABLE CAUSE

4. On or about October 6, 2019, DUNBAR placed an online order for two (2) Glock 26, 9mm pistols with Miami Police Depot Inc. d/b/a "Miami Guns Export," located at 1040 East 49th Street, Hialeah, Florida ("Miami Guns"). Miami Guns is a federally licensed dealer of

firearms. DUNBAR completed the transaction by utilizing a Vystar Credit Union card ending in 4688. The total cost was one thousand three hundred forty-nine dollars and thirty-six cents ($1,349.36) in United States currency.

5. On or about October 11, 2019, DUNBAR went to Miami Guns and completed the required ATF Form 4473, which is a firearms transaction record that federally licensed dealers of firearms are required to maintain. He presented his Florida Driver's License and Florida Concealed Weapon or Firearm License, both of which bore his true name and identity. Prior to leaving, DUNBAR obtained possession of two Glock 26, 9mm pistols. One Glock bore serial number ADKA370 and the other bore serial number ADKA371.

6. On or about October 14, 2019, DUNBAR placed an online order for a Glock 19 Gen 4, 9mm pistol, and a Glock 17 Gen 4, 9mm pistol, with the Florida Gun Center, Inc., located at 1770 W. 38th Place, Hialeah, Florida ("Florida Gun Center"). Florida Gun Center is a federally licensed dealer of firearms. DUNBAR completed the transaction by utilizing a Discover card ending in 7283 belonging to "Z.S." without the knowledge or authorization of "Z.S." The total cost was one thousand eighty-eight dollars and thirty-one cents ($1,088.31) in United States currency.

7. On or about October 14, 2019, after completing the online order at Florida Gun Center, DUNBAR went to Florida Gun Center and completed the required ATF Form 4473. Prior to leaving, DUNBAR assumed possession of a Glock 19 Gen 4, 9mm pistol, bearing serial number BLTK514.

8. On or about October 20, 2019, DUNBAR placed an online order for one (1) Smith & Wesson, M&P 15, AR-15, 5.56-caliber semi-automatic rifle, from Florida Gun Center. DUNBAR completed the transaction utilizing a Mastercard credit card ending in 7170. The total cost was seven hundred ten dollars and seventy-two cents ($710.72) in United States currency.

9. On or about October 20, 2019, after completing the online transaction, DUNBAR went to Florida Gun Center and completed the required ATF Form 4473. Prior to leaving, he assumed possession of the Smith & Wesson semi-automatic rifle.

10. On or about October 21, 2019, Florida Gun Center received a chargeback for the two (2) pistols that DUNBAR purchased on October 14, 2019. The reason for the chargeback was due to fraud.

11. From on or about October 14, 2019, until October 22, 2019, DUNBAR contacted the Florida Gun Center every day in order to check on the status of his order for the Glock 17 pistol.

12. On or about October 22, 2019, DUNBAR went to Florida Gun Center to pick up the Glock 17 pistol. DUNBAR filled out the required ATF Form 447. Prior to leaving, DUNBAR assumed possession of a Glock 17 Gen 4, 9mm pistol, serial number BMCW557.

13. On or about October 23, 2019, Miami Guns received notification of a chargeback on DUNBAR'S October 6, 2019, purchase. The reason for the chargeback was due to fraud. The manager of Miami Guns contacted DUNBAR by calling the phone number left on the purchase form. DUNBAR answered the call and told the manager that he did not ask for a chargeback from his bank before abruptly ending the call. DUNBAR has not returned any other calls from the manager.

[INTENTIONALLY LEFT BLANK]

## CONCLUSION

Based on my training and experience, and as further supported by the facts in this affidavit, I respectfully submit that probable cause exists that from on or about October 14, 2019, to on or about October 22, 2019, QMAURI QUHNYA DUNBAR did violate Title 18, United States Code, Sections 922(u) (unlawfully take and carry away firearms from a federally licensed dealer); 1029(a)(2) (access device fraud); and 1028A(a)(1) (aggravated identity theft).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Special Agent Christie Schade
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn to and subscribed before me this 25th day of November, 2019

_____
HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE